Bruce D. Praet SBN 119430
**FERGUSON, PRAET & SHERMAN**
A Professional Corporation
1631 East 18th Street
Santa Ana, California 92705-7101
(714) 953-5300 telephone
(714) 953-1143 facsimile
bpraet@aol.com

Attorneys for City of Tulare Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JRYDEN LUKE FARRELL GARCIA, a minor by and through his Guardian Ad Litem, AMY SMITH; JESSE GARCIA, SR.; and MONICA GARCIA,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF TULARE; CITY OF TULARE; DEPUTY TIMOTHY HOLDBROOK, individually and in his official capacity as a Deputy Sheriff for the Tulare County Sheriff's Office; DEPUTY ERIK OSUNA, individually and in his official capacity as a Deputy Sheriff for the Tulare County Sheriff's Office; DEPUTY MONIQUE MENDOZA, individually and in her official capacity as a Deputy Sheriff for the Tulare County Sheriff's Office; CORPORAL VINCENT MEDINA, individually and in his official capacity as a Police Officer for the Tulare Police Department; OFFICER MARISSA BOLANOS, individually and in her official capacity as a Police Officer for the Tulare Police Department; OFFICER ANDREA MERCADO, individually and in her official capacity as a Police Officer for the Tulare Police Department; OFFICER ALEXIS MACIAS, individually and in her official capacity as Police Officer for the Tulare Police | NO.<br><br>**DEFENDANTS' NOTICE OF REMOVAL UNDER U.S.C. SECTION 1441(b); DECLARATION OF BRUCE D. PRAET**<br><br>**(Federal Question)**<br><br>[*Incident & Parties Located Within Tulare County*] |

---

Notice of Removal

| | |
|---|---|
| 1 | Department; OFFICER JUSTIN ) |
| 2 | HAMPTON, individually and in his ) official capacity as a Police officer for the ) |
| 3 | Tulare Police Department; OFFICER ) DANIEL GREWE, individually and in ) |
| 4 | his capacity as a Police Officer for the ) Tulare Police; JESSE JAKIN GARCIA, a ) |
| 5 | minor, named herein as a Nominal ) Defendant; and DOES 1 through 100, ) |
| 6 | Inclusive, ) ) |
| 7 | Defendants. ) _____ ) |

8

9  TO:  THE UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF

10       CALIFORNIA:

11         COMES NOW Defendants, City of Tulare, Corporal Vincent Medina,

12  Officer Marissa Bolanos, Officer Andrea Mercado, Officer Alexis Macias, Officer

13  Justin Hampton and Officer Daniel Grewe, who file this Notice of Removal of the

14  cause described herein from the Superior Court of the State of California for the

15  County of Tulare, in which it is now pending, to the United States District Court,

16  Eastern District of California.  In support of such removal, Defendants respectfully

17  allege and show as follows:

18         1.    Plaintiffs, JRYDEN LUKE FARRELL GARCIA, a minor by and

19              through his Guardian Ad Litem, AMY SMITH; JESSE GARCIA,

20              SR.; and MONICA GARCIA commenced this action in the Superior

21              Court of the State of California for the County of Tulare by filing, on

22              or about November 30, 2023, a Complaint alleging a violation of

23              decedent's civil rights under the 4th and 14th Amendments to the

24              United States Constitution, as well as various state torts.  Plaintiffs'

25              complaint was assigned to the Tulare County Superior Court, Case

26              No. 3038147, and is attached hereto as Exhibit "A".

27

28  ///

2. Service of the Summons and Complaint in the above-entitled action was accepted by the City of Tulare on December 11, 2023.

3. This action is properly removable to the United States District Court in accordance with 28 U.S.C. 1441(a) in that this Court has original jurisdiction over Plaintiffs' federal claims pursuant to 28 U.S.C. § 1331 and is one which may be removed to this Court by these Defendants pursuant to the provisions of 28 U.S.C. § 1441(b) in that it arises under constitutional provisions, specifically, the Complaint alleges a violation of the 4th and 14th Amendments to the United States Constitution. (See Exhibit "A").

4. The incident occurred in the County of Tulare which is located in the Eastern District. Decedent and all Defendants reside in the Eastern District as well.

5. This Notice of Removal to this Court is timely pursuant to 28 U.S.C. § 1446(b) in that this Notice was filed before a responsive pleading was filed and within thirty (30) days of Service of the Complaint, the date that the Summons and Complaint was served on the Defendants. These petitioning Defendants allege that they have good and sufficient defenses to Plaintiffs' action herein.

6. No previous application has been made to this Court for the relief sought herein.

7. Co-defendants County of Tulare and Deputies Timothy Holdbrook and Erik Osuna have consented to removal.

///

///

///

WHEREFORE, these petitioning Defendants respectfully pray that Plaintiffs' action be removed from Superior Court of California for the County of Tulare, to the United States District Court, Eastern District of California, as provided by law.

DATED: December 18, 2023  FERGUSON, PRAET & SHERMAN
A Professional Corporation

By: /s/ Bruce D. Praet
Bruce D. Praet, Attorneys for
City of Tulare Defendants

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I, Cathy Sherman, am employed in the aforesaid County, State of California; I am over the age of 18 years and not a party to the within action. My business address is 1631 East 18th Street, Santa Ana, California 92705-7101.

On December 18, 2023, I served the foregoing **DEFENDANTS' NOTICE OF REMOVAL UNDER U.S.C. SECTION 1441(b); DECLARATION OF BRUCE D. PRAET** on the interested parties in this action by placing a true copy thereof, enclosed in a sealed envelope, addressed as follows:

Derek P. Wisehart
Law Offices of Derek P. Wisehart
2330 W. Main St.
Visalia, CA 93291
derek@dwisenhartlaw.com

John K. Jackson
Law Offices of John K. Jackson
900 W. Main St.
Visalia, CA 93291
Johnjacksonlaw@hotmail.com

Amy Myers
Tulare County Counsel
2900 W. Burrel Ave.
Visalia, CA 93291-4525
amyers1@tularecounty.ca.gov

XXX (By Mail) I placed such envelope for deposit in accordance with office practice, sealed, with postage thereon fully paid and the correspondence to be deposited in the United States mail at Santa Ana, California on the same day.

___ (By e-filing) The above noted individuals are registered with the Court to receive notice of electronically filed documents. Per ECF rules, hard copies must be served only on parties who are not set up for electronic notification.

___ (State) I declare under penalty of perjury that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

XXX (Federal) I declare under penalty of perjury that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 18, 2023, at Santa Ana, California.

                                               /s/ Cathy Sherman
                                               Cathy Sherman